IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CRYSTAL JACKSON | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14cv850 |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Unopposed Motion to Reverse with Remand (ECF 13) be granted, that the Commissioner's final decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. It is

**ORDERED** that the Unopposed Motion to Reverse with Remand (ECF 13) is **GRANTED**. The Commissioner's final administrative decision is **REVERSED** and the matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED** this 10th day of July, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE